| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics In Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) THOMPSON, ANNE E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 6/8/2004 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

DISTRICT JUDGE - SENIOR STATUS

5. ReportType (check appropriate type)

○ Nomination, Date 9/29/1979

○ Initial  ◉ Annual  ○ Final

6. Reporting Period

1/1/2003
to
12/31/2003

7. Chambers or Office Address

402 EAST STATE ST., ROOM 4000

TRENTON, NJ 08608

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    MEMBER - CRIMINAL LAW DRAFTING COMMITTEE | NATIONAL CONFERENCE OF BAR EXAMINERS |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUN 20 A 10: 5 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | NATIONAL CONFERENCE OF BAR EXAMINERS - FEES EARNED FOR DRAFTING, EDITING & REVISING BAR EXAM QUESTIONS & EVALUATING PERFORMANCE OF TEST QUESTIONS | 6,000 |
| 2. | 2003 | NET FEES RECEIVED FOR SERVING AS EXECUTRIX OF ███████ ESTATE | 21,102 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NY INTELLECTUAL PROPERTY LAW ASSOCIATION | ACTIVITY OF PROFESSIONAL ORGANIZATION - NY, NY; HOTEL, TRANSPORTATION, MEALS |
| 2. | NATIONAL CONFERENCE OF BAR EXAMINERS | ACTIVITY OF PROFESSIONAL ORGANIZATION - ESTES PARK, COLORADO. AIRFARE, HOTEL, LOCAL TRANSPORTATION, MEALS |
| 3. | NATIONAL CONFERENCE OF BAR EXAMINERS | ACTIVITY OF PROFESSIONAL ORGANIZATION - PRINCETON, NJ - MEALS |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COMMERCE BANK | MORTGAGE ON PRINCIPAL RESIDENCE | M |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. PORT AUTHORITY NY & NJ BOND (FORMERLY LISTED AS NJ TURNPIKE) | B | Interest | K | T | | | | | |
| 2. AT&T | A | Dividend | J | T | | | | | |
| 3. VERIZON | B | Dividend | K | T | | | | | |
| 4. NORTHEAST UTILITIES | A | Dividend | J | T | | | | | |
| 5. PRUDENTIAL SECURITIES IRA - CDs | C | Interest | L | T | | | | | |
| 6. PRUDENTIAL EQUITY FUNDS | A | Dividend | J | T | | | | | |
| 7. PRUDENTIAL JENNISON GR FUND | A | Dividend | J | T | | | | | |
| 8. NJ HEALTHCARE FAC FIN BOND | A | Interest | K | T | | | | | |
| 9. TOMS RIVER NJ SCH DIST BOND (FORMERLY LISTED AS NJ ED FAC) | A | Interest | K | T | | | | | |
| 10. HACKENSACK HOSPITAL BOND | A | Interest | J | T | | | | | |
| 11. VODAFONE | | None | J | T | | | | | |
| 12. RUTGERS STATE UNIVERSITY BOND | A | Interest | J | T | | | | | |
| 13. NJ ECON DEV AUTHORITY BOND | A | Interest | J | T | | | | | |
| 14. NJ ECON DEV AUTHORITY BOND | A | Interest | J | T | | | | | |
| 15. PRUDENTIAL SM CO VALUE FUND | A | Dividend | J | T | | | | | |
| 16. PRUDENTIAL UTILITY FUND | A | Dividend | K | T | | | | | |
| 17. VANGUARD US GROWTH FUND | A | Dividend | K | T | | | | | |
| 18. VANGUARD INTERNATIONAL GROWTH FUND | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NJ TURNPIKE AUTHORITY BOND | C | Interest | L | T | | | | | |
| 20. SUN NAT'L BANK CHECKING A/C | | None | J | T | | | | | |
| 21. LINDENWALD BORO NJ BOND | A | Interest | J | T | | | | | |
| 22. SUN NAT'L BANK MONEY MARKET A/C | D | Interest | N | T | | | | | |
| 23. BOND, BURLINGTON CTY, NJ - TRUST | A | Interest | J | T | | | | | |
| 24. BOND, DELAWARE RIVER PORT AUTHORITY - TRUST | B | Interest | K | T | | | | | |
| 25. BOND, DEPTFORD TWP, NJ - TRUST | A | Interest | J | T | | | | | |
| 26. BOND, HUDSON COUNTY, NJ - TRUST | A | Interest | K | T | | | | | |
| 27. BOND, LINDENWOLD BORO, NJ - TRUST | A | Interest | J | T | | | | | |
| 28. BOND, NJ HEALTHCARE FACS - TRUST | A | Interest | J | T | | | | | |
| 29. BOND, NJ STATE TURNPIKE AUTHORITY - TRUST | B | Interest | K | T | | | | | |
| 30. BOND, PORT AUTHORITY NY & NJ - TRUST | A | Interest | J | T | | | | | |
| 31. BOND, RUTGERS STATE UNIVERSITY NJ - TRUST | A | Interest | J | T | | | | | |
| 32. BOND, SALEM COUNTY, NJ - TRUST | A | Interest | J | T | | | | | |
| 33. AT&T CORP - TRUST | A | Dividend | K | T | | | | | |
| 34. VERIZON COMMUNICATIONS - TRUST | A | Dividend | K | T | | | | | |
| 35. BELL SOUTH CORP - TRUST | A | Dividend | K | T | | | | | |
| 36. CGM MUTUAL FUND - TRUST | B | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. LUCENT TECHNOLOGIES - TRUST | | None | J | T | | | | | |
| 38. MANULIFE FINANCIAL CORP - TRUST | A | Dividend | J | T | | | | | |
| 39. NCR CORP - TRUST | | None | J | T | | | | | |
| 40. NORTHEAST UTILITIES - TRUST | A | Dividend | K | T | | | | | |
| 41. OPPENHEIMER CAPITAL APPRECIATION FUND - TRUST | B | Dividend | M | T | | | | | |
| 42. OPPENHEIMER GLOBAL FUND - TRUST | B | Dividend | N | T | | | | | |
| 43. SBC COMMUNICATIONS INC - TRUST | B | Dividend | L | T | | | | | |
| 44. SCUDDER SECURITIES TRUST - TRUST | B | Dividend | M | T | | | | | |
| 45. SUN BANCORP - TRUST | B | Dividend | M | T | | | | | |
| 46. SUN CAPITAL TRUST, PFD - TRUST | B | Dividend | K | T | | | | | |
| 47. QWEST COMMUNICATIONS, INC - TRUST | A | Dividend | J | T | | | | | |
| 48. VODAFONE GROUP PLC - TRUST | A | Dividend | K | T | | | | | |
| 49. PRUDENTIAL COMMAND MONEY MARKET - TRUST | A | Interest | J | T | | | | | |
| 50. AVAYA INC - TRUST | | None | J | T | | | | | |
| 51. GALAXY MONEY MARKET FUND - TRUST | A | Interest | J | T | | | | | |
| 52. FLEET BANK MONEY MARKET A/C | A | Interest | J | T | | | | | |
| 53. GLENMEDE TRUST IRA | E | Interest | O | T | | | | | |
| 54. AMERICAN EXPRESS | A | Dividend | J | T | BUY | 12/04 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, ANNE E | 6/8/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NJ ECONOMIC DEV AUTH BOND | A | Interest | J | T | BUY | 09/15 | J | | |
| 56. NJ HEALTH CARE FACS BOND | A | Interest | K | T | BUY | 12/29 | K | | |
| 57. NJ ST TPK AUTH BOND | B | Interest | L | T | BUY | 8/11 | L | | |
| 58. TARGET CORP | A | Dividend | J | U | BUY | 12/04 | J | | |
| 59. ABBOTT LABORATORIES - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 60. BP AMOCO - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 61. CHARTER ONE FINL INC - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 62. EVEREST REINSURANCE GROUP - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 63. EXELON CORP - TRUST | A | Dividend | J | T | BUY | 0731 | J | | |
| 64. GANNETT CO INC - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 65. KELLOGG CO - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 66. NOKIA CORP - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 67. SBC COMMUNICATIONS INC - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |
| 68. TALISMAN ENERGY - TRUST | A | Dividend | J | T | BUY | 07/31 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
     U = Book Value     V = Other     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, ANNE E | 6/8/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, ANNE E | 6/8/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date___June 19, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544